## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. ELI INZLICHT-SPREI, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA, INC., MARK T. BERTOLINI, FRANK M. CLARK, FERNANDO AGUIRRE, JOSEPH P. NEWHOUSE, ELLEN M. HANCOCK, EDWARD J. LUDWIG, MOLLY J. COYE, ROGER N. FARAH, BETSY Z. COHEN, JEFFREY E. GARTEN, RICHARD J. HARRINGTON, and OLYMPIA J. SNOWE,<br><br>Defendants. | Case No.: 3:18-cv-00176 |

### NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: March 2, 2018

OF COUNSEL:

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Todd H. Henderson
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 214-0506
Email: fortunato@bespc.com
     henderson@bespc.com

*Counsel for Plaintiff*

Respectfully submitted,

**LEVI & KORSINSKY, LLP**
By: */s/Shannon L. Hopkins*
Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Plaintiff*